# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

November 21, 2018

Keli Liu, ESQ.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: Kliu@hanglaw.com

**VIA ECF**

Honorable Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Cabrera v. Carpetorium, Inc., et al.,
17-cv-437 (SJ)(RML)
Supplemental Submission to Motion for approval of Settlement Dkt.41.

Dear Hon. Robert M. Levy:

    This firm is counsel for the Defendants in the abovementioned matter. I write to supplement the parties joint motion for approval of settlement. Specifically, we hereby submit, as **Exhibit A**, a copy of the settlement agreement with Defendants signatures.

    We thank the Court for its attention to and consideration of this matter. .

Respectfully submitted,

*Keli Liu*
Keli Liu, Esq.